UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Kyle Wagner,

    Defendant.
_____/

Case No. 26-30053

FILED UNDER SEAL

**MOTION TO SEAL COMPLAINT AND ARREST WARRANT**

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant, and all attendant papers for the reason that the Defendant may flee prior to appearance on the complaint. The government requests that the sealing order is entered with the express exception that upon the Defendant's arrest, the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court: the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal Community Defender's Officer, and/or the Defendant's attorney.

                                                         Respectfully submitted,

                                                         Jerome F. Gorgon Jr.
                                                         United States Attorney

                                                         *s/ Danielle Asher*
                                                         Danielle Asher  P81362
                                                         Assistant United States Attorney
                                                         211 W. Fort Street, Suite 2001
                                                         Detroit, MI  48226
Dated:  February 3, 2026                    (313) 226-9518